FILED BY _____ D.C.

05 JUL -5 PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       No. 05-20038-B/P

JASON OWENS,

    Defendant.

## ORDER OF REFERENCE

Before the court is Attorney Jerry Stokes' Motion to Withdraw from Counsel for Jason Owens filed on June 23, 2005.

This motion is referred to the United States Magistrate Judge for determination and appointment of new counsel. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections.

**IT IS SO ORDERED** this 5th day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-5-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:05-CR-20038 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT