IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL -7 AM 6:46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Cr. No. 05-20038-B/P |
| JASON OWENS, ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW FROM COUNSEL**

Before the court is defendant's Motion to Withdraw from Counsel for Jason Owens, filed June 23, 2005 (dkt #73). Counsel has recently been appointed as Judge of Division VI of the Circuit Court of Tennessee for the Thirtieth Judicial District of Memphis, therefore, the motion is GRANTED. The Clerk of Court is to appoint new counsel from the CJA Panel to represent the defendant in this matter.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

July 6, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-7-05

(77)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:05-CR-20038 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Jerry Stokes
LAW OFFICE OF JERRY STOKES
100 N. Main St.
Ste. 2601
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT